Jimmy L. LINDSEY, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Sept. 25, 2013.

**ORDER**

PER CURIAM.

**AND NOW,** this 25th day of September, 2013, the Order of the Commonwealth Court is AFFIRMED and the Application for Leave to File a Reply Brief is DENIED as moot.